

# Commonwealth of Massachusetts

TRIAL COURT OF THE COMMONWEALTH
BOSTON MUNICIPAL COURT DEPARTMENT - CIVIL DIVISION

**EXECUTION**

**04 MBD 10203**

Suffolk, ss.

No. 269990

*To the Sheriffs of our several Counties or their Deputies, or (subject to the limitations of G.L. c.41, ss. 92) any Constable of any City or Town within our said County,*

GREETING:

WHEREAS the Plaintiff **Sallie Mae Servicing Corp., a corporation having an usual place of business at Lawrence, KS**

recovered judgment against the defendant **Gena R. Carter, residing at Boston, MA**

Date of Judgment: **December 5, 2001**

for the sum of

| Damages | $ | 269,024.84 |
|---|---|---|
| Costs | | 132.80 |
| TOTAL | $ | 269,157.64 |

WE COMMAND you, therefore of the goods, chattels, or lands of the said judgment debtor, within your precincts, you cause to be paid and satisfied unto the said judgment creditor, at the value thereof in money, the aforesaid sums, with interest thereon from the day of the rendition of said judgment, and thereof also to satisfy yourself for your own fees.

Hereof fail not, and make return of this writ with your doings thereon unto the Clerk/Magistrate's office of this Court at Boston within our County of Suffolk, within twenty years after date of this judgment or within ten days after this writ has been satisfied or discharged.

Witness, WILLIAM J. TIERNEY, Esquire, at Boston

Date of Issue: **September 23, 2002**

Assistant Clerk/Magistrate

ATTORNEY FOR PLAINTIFF:
**Kenneth C. Wilson
Lustig, Glaser & Wilson
381 Elliot Street, Suite 195L
Newton, MA. 02464**

F:\FORSYTHS\FORMS\CIVIL\EXONB.WPT    MT

# Commonwealth of Massachusetts
## TRIAL COURT OF THE COMMONWEALTH



**04 MBD 10203**

**I, CHARLES R. JOHNSON Acting,** *Chief Justice of the Boston Municipal Court Department Civil Business Division in said County and Commonwealth,*

**Do Certify,** *that* MICHAEL J. COLEMAN, *Esquire, whose signature is affixed to the papers hereunto annexed, is Clerk/Magistrate of said Court, within and for the County of Suffolk, for civil business, and hath the keeping of the files, records, and proceedings of said Court, within and for said County, for civil business; Also, of the files, records, and proceedings of the late Justices' Court of the County of Suffolk, and of the late Police Court of the City of Boston, for civil business, in the County and Commonwealth aforesaid: that he is, by Law, the proper person to make out and to certify copies of the files, records, and proceedings of said several Courts; that full faith and credit are and ought to be given to his acts and attestation done as aforesaid; and that his attestation to the paper hereunto annexed* **IS** *in due form.*

**In Testimony Whereof,** *I have hereunto set my hand, and caused the seal of the said Boston Municipal Court Department, City of Boston, to be hereunto affixed, this* **Twenty-first** *day of* **March** *in the year of our Lord* ~~one thousand nine hundred and~~ **Two Thousand and Three**

*Charles Ray Johnson*
................................................................. Chief Justice of the
Boston Municipal Court Department

RECEIVED
APR -
BY SUPR FOIA/LIT UNIT

Form 58 03-94 / 500

# Commonwealth of Massachusetts

Trial Court of the Commonwealth

Suffolk, ss.

I, Michael J. Coleman, Clerk / Magistrate of the Boston Municipal Court Department of the Trial Court, Civil Business Division, holden at said Boston, within our County of Suffolk, do certify, that

**CHARLES R. JOHNSON**, Esquire,

whose signature is affixed to the Certificate hereto annexed, is, and was at the time of affixing said signature, ACTING Chief Justice of the said Boston Municipal Court Department of the Trial Court, Duly Appointed and qualified as such, and acting at the time in his official capacity and that full faith and credence are, and ought to be given to his Acts and Attestations done as aforesaid, and that his signature to the Certificate annexed, is genuine.

In Testimony Whereof, I have hereunto set my hand and affixed the Seal of said Boston Municipal Court Department, at Boston, aforesaid, this Twenty-first day of March in the year of our Lord, ~~one thousand nine hundred and~~ Two Thousand and Three



Clerk / Magistrate

Form 7103-94/500

Form 90A



Civil Action No. <u>20001CV-269990</u>

IT IS THEREFORE considered by said Court, that the said Plaintiff ...Sallie Mae Servicing Corp....

Dam., $...269,024.84...

Costs, ...132.80...

$...269,157.64...

recover Judgment against the said Defendant ...Gena R. Carter, is an individual residing in Boston, Suffolk County, MA...

...the sum of Two Hundred and Sixty-nine Thousand and Twenty-four dollars and Eighty-four... cents, damage, and costs of suit, taxed at ...One Hundred Thirty-two... dollars and ...Eighty... cents.

Attest: _Benjamin G. Nunez_ ASST Clerk.

A TRUE COPY.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the said Municipal Court of the City of Boston, at Boston, the ...Twenty-first... day of ...March... in the year of our Lord ~~one thousand nine hundred and~~ ..Two Thousand and Three..

_Benjamin G. Nunez_ ASST Clerk.